# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOSH SANFORD                                                    PLAINTIFF

v.                              No. 4:26-cv-252-DPM

PREMIUM FINANCING SERVICE LLC                        DEFENDANTS

## JUDGMENT

Sanford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2026